## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **J.J. ASTOR & CO.** | § § § | Civil Action No. |
| | § | **JUDGE:** |
| **VERSUS** | § § | Section: " " |
| | § | |
| **Crosby Dredging LLC,** *in personam;* | § | **MAGISTRATE:** |
| and the following documented vessels, | § | |
| with their engines, machinery, | § | **FRCP Rule 9(h) Claim** |
| equipment, fixtures, appurtenances, etc., | § | |
| *in rem* PT 425 (Official No. 1250540), PT | § | |
| 426 (Official No. 1266179), R 8800 | § | |
| (Official No. 931798), R 8801 (Official | § | |
| No. 931799), | § | |
| R 8802 (Official No. 931800), R 8803 | § | |
| (Official No. 931801), R 8804 (Official | § | |
| No. 931802), R 8889 (Official No. | § | |
| 931787), R 8890 (Official No. 931788), R | § | |
| 8891 (Official No. 931789), R 8892 | § | |
| (Official No. 931790), R 8893 (Official | § | |
| No. 931791), R 8894 (Official No. | § | |
| 931792), R 8895 (Official No. 931793), R | § | |
| 8896 (Official No. 931794), R 8897 | § | |
| (Official No. 931795), R 8898 (Official | § | |
| No. 931796), R 8899 (Official No. | § | |
| 931797), R 9005 (Official No. 957133), R | § | |
| 9006 (Official No. 957134), R 9007 | § | |
| (Official No. 957135), R 9008 (Official | § | |
| No. 957136), M/V Yocona (Official No. | § | |
| 279477), M/V Crosby Express (Official | § | |
| No. 521797), M/V EL Bailey (Official | | |
| No. 527792), M/V JT BASKIN (Official | | |
| No. 515499) | | |

## VERIFIED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff J.J. Astor & Co. ("J.J. Astor"), who files this Verified Complaint against Crosby Dredging LLC ("Crosby"), *in personam,* and the following *in rem* defendants, with their engines, machinery, equipment, fixtures, appurtenances, etc.: PT 425 (Official No. 1250540), PT 426 (Official No. 1266179), R 8800

(Official No. 931798), R 8801 (Official No. 931799), R 8802 (Official No. 931800), R 8803 (Official No. 931801), R 8804 (Official No. 931802), R 8889 (Official No. 931787), R 8890 (Official No. 931788), R 8891 (Official No. 931789), R 8892 (Official No. 931790), R 8893 (Official No. 931791), R 8894 (Official No. 931792), R 8895 (Official No. 931793), R 8896 (Official No. 931794), R 8897 (Official No. 931795), R 8898 (Official No. 931796), R 8899 (Official No. 931797), R 9005 (Official No. 957133), R 9006 (Official No. 957134), R 9007 (Official No. 957135), R 9008 (Official No. 957136), M/V Yocona (Official No. 279477), M/V Crosby Express (Official No. 521797), M/V EL Bailey (Official No. 527792), M/V JT BASKIN (Official No. 515499) (collectively, "Vessels") (Crosby and Vessels, collectively referred to as the "Defendants").

This Verified Complaint seeks: enforcement of certain preferred ship mortgages, other security interests in the Vessels, and in other collateral granted to J.J. Astor by Crosby as described in the Loan Agreement, and of related civil and maritime contractual rights in favor of J.J. Astor and against the Vessels, *in rem*, and against Crosby, *in personam*; a monetary judgment on the related obligations owed by Defendants to J.J. Astor under the Loan Agreement; and issuance of warrants of arrest of the Vessel, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

## **JURISDICTION AND VENUE**

1. This action falls within the Court's admiralty and maritime subject matter jurisdiction within the meaning of 28 U.S.C. § 1333 and 46 U.S.C. § 31301, et seq., as hereinafter fully appears, and is inter alia an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. In addition, any claims which do not fall within this Court's admiralty

2

and maritime subject matter jurisdiction are within this Court's supplemental jurisdiction under 28 U.S.C. § 1367.

2. Venue is proper in the Eastern District of Louisiana because the *in personam* defendant, Crosby, is domiciled in this district, and venue is proper against the *in rem* defendants because one or more of the Vessels are presently located in this district or will be located here during the pendency of this action. Venue is proper under 28 U.S.C. § 1391 and under the provisions of General Maritime Law.

## PARTIES

3. J.J. Astor is a Utah corporation with its principal place of business in Salt Lake City, Utah, authorized to do and doing business in the State of Louisiana.

4. Crosby Dredging is a Louisiana limited liability company authorized to do and doing business in the State of Louisiana, all of whose members are believed to be citizens of Louisiana,.

5. PT 425 is a documented vessel, bearing Official No. 1250540.

6. PT 426 is a documented vessel, bearing Official No. 1266179.

7. R 8800 is a documented vessel, bearing Official No. 931798.

8. R 8801 is a documented vessel, bearing Official No. 931799.

9. R 8802 is a documented vessel, bearing Official No. 931800.

10. R 8803 is a documented vessel, bearing Official No. 931801.

11. R 8804 is a documented vessel, bearing Official No. 931802.

12. R 8889 is a documented vessel, bearing Official No. 931787.

13. R 8890 is a documented vessel, bearing Official No. 931788.

14. R 8891 is a documented vessel, bearing Official No. 931789.

15. R 8892 is a documented vessel, bearing Official No. 931790.

16. R 8893 is a documented vessel, bearing Official No. 931791.

17. R 8894 is a documented vessel, bearing Official No. 931792.

18. R 8895 is a documented vessel, bearing Official No. 931793.

19. R 8896 is a documented vessel, bearing Official No. 931794.

20. R 8897 is a documented vessel, bearing Official No. 931795.

21. R 8898 is a documented vessel, bearing Official No. 931796.

22. R 8899 is a documented vessel, bearing Official No. 931797.

23. R 9005 is a documented vessel, bearing Official No. 957133.

24. R 9006 is a documented vessel, bearing Official No. 957134.

25. R 9007 is a documented vessel, bearing Official No. 957135.

26. R 9008 is a documented vessel, bearing Official No. 957136.

27. M/V Yocona is a documented vessel, bearing Official No. 279477. The M/V Yocona is a 690 HP Tugboat.

28. M/V Crosby Express is a documented vessel, bearing Official No. 521797. The M/V Crosby Express is a 2120 HP Tugboat, measuring 28 meters in length.

29. M/V EL Bailey is a documented vessel, bearing Official No. 527792. The M/V EL Bailey is a 460 HP Tugboat.

30. M/V JT BASKIN is a documented vessel, bearing Official No. 515499. The M/V JT Baskin is a 460 HP Tugboat.

31. At all materials times, Crosby was and still is the owner and/or owner *pro hac vice* of the Vessels, at least one of which is now or will be during the pendency of this action, located within the Eastern District of Louisiana.

## **THE LOAN AGREEMENT**

32. On or about September 25, 2025, J.J. Astor provided a Senior Secured Note in the original principal amount of $10,800,000 and gross loan amount of $8,000,000 to Crosby Dredging LLC (the "Loan") secured by a Loan Agreement dated September 25, 2025, First Preferred Ship Mortgage dated September 25, 2025, UCC Financing Statement Instrument No. 26449204 recorded in Jefferson Parish, LA (collectively referred to as the "Loan Agreement" and attached as Exhibit A.)

33. Crosby executed and delivered the Loan Agreement to J.J. Astor and J.J. Astor owns and holds the loan documents.

## **THE DEFAULTS**

34. The Loan Agreement is in default because Crosby has failed to make at least nine payments of $295,235.30 on November 22, 2025, November 29, 2025, December 6, 2025, December 13, 2025, December 20, 2025, December 27, 2025, January 3, 2026, January 10, 2026, and January 17, 2026, in accordance with the provisions of the Loan Documents.

35. The following principal amount is owed under the Loan Agreement, plus previously incurred and ongoing interest, late charges, penalties, and other such charges as provided for in the Loan Documents: $11,181,500.00

36. On December 18, 2025, J.J. Astor issued a Notice of Event of Default and Acceleration of Indebtedness (attached as Exhibit B).

37. As of November 6, 2025, the Event of Default under the Loan Agreement had occurred and continued beyond any permitted grace period for cure, as set forth in the Loan Agreement, by reason of Crosby's failure to pay interest and principal when due.

38. As the required payments were not made within the five (5) business days, J.J. Astor is entitled to accelerate the Loan Agreement, receive the Default Amount and payment in full, and other remedies and damages as set forth in the Loan Agreement.

39. Crosby is obligated under the Loan Agreement to pay applicable default interest, default penalties, enumerated costs and fees, and attorney's fees and costs, and any other sums due or that may accrue as provided or contemplated by the Loan Agreement.

## **BREACH OF LOAN AGREEMENT**

40. J.J. Astor repeats and re-alleges each and every allegation contained in paragraphs 1 through 39, as if fully set forth and incorporated herein.

41. The Loan Agreement is a valid and enforceable contract between J.J. Astor and Crosby Dredging.

42. Crosby as borrower has failed to make payments as required under the Loan Agreement and therefore has breached the Loan Agreement.

43. J.J. Astor has been damaged as a result of Crosby's breach of the Loan Agreement.

44. Pursuant to the terms and conditions of the Loan Agreement, J.J. Astor is entitled to recover the full amounts outstanding under the Loan Agreements, including but not limited to the principal, interest, penalties, and other amounts identified in the Loan Agreement.

45. J.J. Astor is also entitled to recover attorney's fees and costs related to enforcement of the Loan Agreement.

## **RULE C ARREST**

46. J.J. Astor repeats and re-alleges each and every allegation contained in paragraphs 1 through 45, as if fully set forth and incorporated herein.

6

47. The various vessel preferred mortgages on the Vessels were recorded with the U.S. Coast Gard, National Vessel Documentation Center in substantial compliance with 46 U.S.C. § 31321.

48. J.J. Astor has a preferred ship mortgage on the Vessels which gives rise to maritime liens against the Vessels arrested pursuant to the Commercial Instruments and Maritime Liens Act, 46 U.S. Code § 31342 et. seq.

49. J.J. Astor is entitled to enforce its maritime lien(s) against the Vessels by way of arrest of the Vessels in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and seeks an issuance of warrants of arrest of the Vessels.

50. Pursuant to local rules, J.J. Astor agrees to hold harmless and indemnify the U.S. Marshal and all of his deputies from any and all liability as a result of arresting the Vessels.

**WHEREFORE**, J.J. Astor & Co. prays for the following relief:

A. That this Verified Complaint be deemed good and sufficient.

B. Judgment be entered against Crosby Dredging, LLC, *in personam,* for the full amounts owed, including but not limited to attorneys' fees and costs, interest, penalties, and principal amounts, for their breaches of the Loan Agreement.

C. Process according to the rules and practices of this Court in causes of admiralty and maritime jurisdiction, particularly Rule C of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, may issue against the Vessels, their freight, tackle, appurtenances, apparel, etc. and other property aboard said vessels and appurtenances thereto., *in rem*.

D. After due proceedings, there be judgment rendered in favor of J.J. Astor & Co. and against the Vessels, their engines, freight, tackle, appurtenances, apparel, etc. and other property

aboard said vessels and appurtenances, *in rem*, and against Crosby in the full amount owed to J.J. Astor & Co. and the vessels be condemned and sold to satisfy the judgment to be entered in favor of J.J. Astor & Co in the full amount of its claims, together with interest, costs, and attorneys' fees, as set forth above.

E. The Court award J.J. Astor & Co. such other and further relief as the Court deems just, reasonable, and proper.

                Respectfully submitted,

                /s/ *ALEXANDER J. DEGIULIO*
                ALEXANDER J. DEGIULIO (38184)
                DEREK A. WALKER (13175)
                CHAFFE McCALL, L.L.P.
                2300 Energy Centre
                1100 Poydras Street
                New Orleans, LA 70163-2300
                Telephone: (504) 585-7000
                Facsimile: (504) 585-7075
                Email: alex.degiulio@chaffe.com
                *Attorney for J.J. Astor & Co.*